UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Sergei Lennon,<br><br>Petitioner,<br><br>v.<br><br>Davery Mooneyham,<br>in his official capacity as Warden of the Limestone County Detention Center,<br><br>Defendant. | No. 6:26-CV-054-CRW |

**ORDER**

On September 17, 2026, Lennon submitted a motion to dismiss without prejudice, explaining that he wishes to dismiss and close this matter. Dkt. No. 10. The Respondents have neither filed a counterclaim nor objected to the matter's dismissal. An action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Fed. R. Civ. P. 41(a)(2). The Court finds these terms are proper and that Petitioner's motion (Dkt. No. 10) should be granted and the case should be dismissed without prejudice and closed in this Court.

Therefore, the motion (Dkt. No. 10) is GRANTED. Petitioner's action is therefore DISMISSED WITHOUT PREJUDICE.

It is further ordered that all pending motions should be terminated as moot, as this case will be closed in this Court.

Accordingly, as nothing remains to resolve, this case is now CLOSED. Therefore, the Clerk's Office is directed to CLOSE this case and TERMINATE all pending motions.

Signed on October 2, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE